JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL SOTO<br><br>    Plaintiff,<br><br>v.<br><br>RAMIREZ TAQUERIA STORE INC.; GLENDORA – LA PUENTE PROPERTIES 1, LLC; and DOES 1 to 10<br><br>    Defendant. | Case No. 2:20-CV-05624-AB ( SPx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.

//

//

1.

1  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  October 7, 2020

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE